UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.5:19-CR-356D-04

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| PHILLIP EUGENE EVANS, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, upon Motion of the Defendant, it is hereby

ORDERED that the Motion and Order to Seal and the Unopposed Motion to Continue the August 17th, 2020, sentencing and Order, [D.E. 219], be sealed until such time as requested to be unsealed by the Defendant.

This 6 day of August, 2020.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE