UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-356-D-4

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| PHILLIP EUGENE EVANS | |

On motion of the Defendant, Phillip Eugene Evans, and for good cause shown, it is hereby ORDERED that **DE 319** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __5__ day of August, 2024.

JAMES C. DEVER III
United States District Court Judge